UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALICE HOLDER,                )
                             )
        Plaintiff,            )
                             )
                             )
v.                           )    **JUDGMENT**
                             )
                             )    No. 5:14-CV-18-F
TOWN OF ZEBULON,             )
                             )
        Defendant.            )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff fails to allege a §1983 claim against Defendant, and Defendant's Motion to Dismiss the Amended Complaint is therefore ALLOWED. Plaintiff's Amended Complaint is DISMISSED, and the Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on September 8, 2014, and Copies To:**

Alice Holder (14541 Highway 96 North, Zebulon, NC 27597)
Allison Cohan (via Notice of Electronic Filing)
Amy Ruth Holbrook (via Notice of Electronic Filing)


DATE                              JULIE A. RICHARDS, CLERK

September 8, 2014                 /s/ Jacqueline B. Grady

                                  (By) Jacqueline B. Grady, Deputy Clerk